UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-7645-MWF(PJWx)**                             Dated: December 21, 2016

Title:      Mainfreight, Inc. -v- Sabemos Beverages, LLC

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                None Present
    Relief Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

    In light of the Response to Order to Show Cause, indicating the case has settled in principal, the Court sets a hearing on Order To Show Cause Re Dismissal for **April 3, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    Additionally, the Court deems that response satisfactory, and orders the Order to Show Cause issued December 12, 2016 discharged.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk   cw
CIVIL - GEN

-1-